# Third District Court of Appeal

## State of Florida

Opinion filed August 23, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D23-343, 3D23-344, 3D23-345, 3D23-346
Lower Tribunal Nos. 14-355-A-K, 12-168-A-M,
19-108-A-K, 15-14-B-M
_____

**Whendid Estinfil,**
Appellant,

vs.

**The State of Florida,**
Appellee.


Appeals conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Whendid Estinfil, in proper person.

Ashley Moody, Attorney General, for appellee.


Before SCALES, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.